IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

CARL D. SHEPPARD,                    )
                                     )
                    Plaintiff,       )
                                     )
          vs.                        )          No. CIV-09-390-C
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner, Social Security        )
Administration,                      )
                                     )
                    Defendant.       )

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance

benefits was referred for initial proceedings to United States Magistrate Judge Robert E.

Bacharach consistent with 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and

Recommendation on May 14, 2010, recommending that the decision of the Commissioner

be affirmed. Plaintiff, through counsel, has timely filed an objection to this report, and the

Court therefore considers the matter de novo.

The facts and law are accurately set out in the Judge Bacharach's Report and

Recommendation and there is no purpose to be served in repeating them yet again. There is

nothing asserted in Plaintiff's objection which was not fully considered and correctly rejected

by the Magistrate Judge, and no argument of fact or law is set forth in the objection which

would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 23), and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 4th day of June, 2010.

ROBIN J. CAUTHRON
United States District Judge